THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HERMAN J. ROCHE,<br><br>　　　　　　Defendant. | CASE NO. CR12-0237-JCC-1<br><br>ORDER |

　　　This matter comes before the Court on Defendant Herman Roche's motion to modify the conditions of his supervised release (Dkt. No. 1297).

　　　In 2013, Mr. Roche pleaded guilty to conspiracy to distribute controlled substances and conspiracy to engage in money laundering. (Dkt. Nos. 637, 640, 683.) In 2014, the Court imposed a sentence of 144 months of confinement followed by three years of supervised release. (Dkt. Nos. 750, 751.) On December 18, 2020, the Court granted Mr. Roche's request for a compassionate release, reducing his term of custody to time served and imposing an additional term of supervised release commensurate with the balance of Mr. Roche's remaining term of imprisonment. (Dkt. No. 1228.)  His term of supervised release commenced on December 31, 2022. (Dkt. No. 1251 at 1.)

　　　Mr. Roche now moves to modify his conditions of supervision to eliminate the requirement

that he be tested for marijuana use so that he may use it for pain management in lieu of prescription opiates—the drug involved in his underlying offense. (Dkt. Nos. 640 at 5–6, 1297 at 1, 3.)

While the Court is sympathetic to Mr. Roche's issues with debilitating back pain, the use of marijuana and its derivatives is still illegal under federal law. *See* 21 U.S.C. §§ 812(a), (b)(1)(B)–(C), (c)(10), 823(f), 844. The Court therefore finds that a modification of this condition is not warranted at this time and DENIES Mr. Roche's motion (Dkt. No. 1297).

DATED this 8th day of July 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE